Case No: 10-01295

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | **Eric S Searcy** | Case No. | **10-01295** |
| | **Janice L Butler-Searcy** | Chapter | **13** |

Property Address: **3817 W. 84th Place, Chicago, IL 60652**

Last four digits of any number your use to
Identify the debtor's account:    **###########4110**

Court Claim No. (if known)

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**JPMorgan Chase Bank N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **08/11/2015** and filed as Docket No. **74**

### Pre-Petition Default Payments    Applicable option is checked.

- ■ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

- ☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: _____

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments    Applicable option is checked.

- ■ Agrees that the Debtor(s) is current with respect to all post-petition payments consistent with 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post-petition for **08/25/2015** as of the date of this Response.

- ☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: _____

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure Statement. In addition, the amounts due may include payments reflected on the NOFC but which have not yet been received and/or processed by the Bank.

Case No:    10-01295

# UNITED STATES BANKRUPTCY COURT

| The person completing this Notice must sign it. Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim. |
|---|

Check the appropriate box.

☐ I am the creditor     ■ I am the creditor's authorized agent  (Attach copy of power of attorney, if any.)

✘   /s/ Peter C. Bastianen                          Date
    Signature

Print:      Peter C. Bastianen                Title    Attorney for Creditor
          First Name  Middle Name  Last Name

                                                                                    14-15-13187

Company    Codilis & Associates, P.C.

Address     15W030 North Frontage Road, Suite 100
               Number        Street

               Burr Ridge      IL    60527
               City                    State   ZIP Code

Telephone number:  (630) 794-5300         email:    ND-Four@il.cslegal.com

Case No:    10-01295

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date | Amount |
|---|---|---|
|  |  |  |

Case No:    10-01295

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date | Amount |
|---|---|---|
|  |  |  |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 12, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 12, 2015.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Eric S Searcy, Janice L Butler-Searcy, Debtor(s), 3817 W. 84th Place, Chicago, IL 60652
Ernesto D. Borges, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF


                                                  /s/ Peter C. Bastianen


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-15-13187)**

NOTE: This law firm is a debt collector.